## ROBERT SMART
### v.
## JAMES HENRY

### 1811

#### JOURNAL ENTRIES

1. Declaration filed; nil dicit; judgment . . . *Journal, infra,* \*p. 344

#### PAPERS IN FILE

1. Declaration . . . . . . . . . . . . .
2. Warrant to confess judgment . . . . . . . . . . .
3. Precipe for ca. sa. . . . . . . . . . . . *Printed in Vol. 2*